FILED
CLERK, U.S. DISTRICT COURT
6/1/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE MAYS,<br><br>Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY, Warden,<br><br>Respondent. | Case No. 2:20-cv-11614-PSG-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered (1) granting Respondent's motion to dismiss; and (2) dismissing Ground One with prejudice and dismissing Ground Two without prejudice for lack of jurisdiction.

DATED: 6/1/21

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE