FILED
CLERK, U.S. DISTRICT COURT
6/1/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE MAYS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　Respondent. | Case No. 2:20-cv-11614-PSG-AFM<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of CURTIS LEE MAYS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice as to Ground One and without prejudice for lack of jurisdiction as to Ground Two.

DATED: 6/1/21

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE